UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 04-31837 |
|---|---|
| BRUCE HAND | (Chapter 13) |
| THERESA L EISELE | |
| Debtors | JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3995147**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | BRUCE HAND<br>2701 N EMERALD DR<br>BEAVERCREEK, OH  45431 | 0.45 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 1/11/2010

Certificate of Service          04-31837

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

BRUCE HAND
THERESA L EISELE
2701 N EMERALD DR
BEAVERCREEK, OH  45431

WAYNE P NOVICK
2135 MIAMISBURG-CENTERVILLE RD
CENTERVILLE, OH  45459

(59.1n)
BECKET & LEE LLP
FOR ECAST SETTLEMENT CORP
BOX 35480
NEWARK, NJ  07193

(61.1n)
JOE LOZANO
9441 LBJ FREEWAY
SUITE 350
DALLAS, TX  75243

(60.1n)
MARK N DIERKS
525 VINE ST  STE 800
CINCINNATI, OH  45202

Jeffrey M. Kellner BY          ___/s/ Jeffrey M. Kellner_____          cs